# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHNOTHAN FIELDS #74421,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-02440-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **12ᵀᴴ JUDICIAL DISTRICT, ET AL** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's civil rights Complaint [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 12th day of October 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE